AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Michael Brown | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:19-3180-RMG |
| City of North Charleston Police Department | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff Michael Brown, shall take nothing of Defendant, City of North Charleston Police Department, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard Mark Gergel, United States District Judge, presiding. The Court having adopted in part the Report and Recommendation set forth by the Honorable Bristow Marchant, United States Magistrate Judge.

Date: March 11, 2020    *ROBIN L. BLUME, CLERK OF COURT*

s/Chelsea P-Conner

*Signature of Clerk or Deputy Clerk*